'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BEDFORD, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILITATION, <br><br> Defendant. | Case No. 2:19-05718 CAS (ADS) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Motion to Dismiss [Dkt. No. 8], Report and Recommendation of United States Magistrate Judge ("R&R"), dated March 25, 2020 [Dkt. No. 13], Plaintiff's Objections to the R&R ("Objections") [Dkt. No. 15], and Defendant's Opposition to Plaintiff's Objections [Dkt No. 16], and related documents.

After thorough analysis and consideration of these filings, and having performed a de novo review of those portions to which objections were made, the Court concurs

1  with and accepts the findings, conclusions and recommendations of the Magistrate
2  Judge.  None of the Objections challenge the Magistrate Judge's finding that the
3  Eleventh Amendment bars the federal claims asserted in this case against the California
4  Department of Corrections and Rehabilitation ("CDCR"), as an arm of the State of
5  California.  See [Dkt. No. 13, pp. 3-4].

6     Accordingly, IT IS HEREBY ORDERED:
7     1.   The United States Magistrate Judge's Report and Recommendation,
8          [Dkt. No. 13], is accepted;
9     2.   Defendant's Motion to Dismiss [Dkt. No. 8] is granted;
10    3.   The case is dismissed with prejudice, except as to the state law claims
11         which are remanded to state court; and
12    4.   Judgment is to be entered accordingly.

14  DATED:  May 15, 2020

*[signature: Christina A. Snyder]*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge

2