JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BEDFORD, JR., | Case No. 2:19-05718 CAS (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice, except as to the state law claims which are remanded to state court.

DATED: May 15, 2020

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge